IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HENRY FORD WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0548 |
| | ) | Judge Trauger |
| GAYLE RAY, | ) | Magistrate Judge Bryant |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On September 7, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 27), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by the respondent (Docket No. 19) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 28th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge